UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID KIRCHER,

    Petitioner,

v.                                              Case No. 12-14477

DEBRA SCUTT,

    Respondent.

                                              /

**JUDGMENT**

In accordance with the court's "Opinion and Order Overruling Petitioner's Objections, Adopting the Magistrate Judge's Report and Recommendation, and Denying Petition for Writ of Habeas Corpus, Denying Motion for Summary Judgment and Denying Certificate of Appealability," dated January 31, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Debra Scutt and against Petitioner David Kircher. Dated at Detroit, Michigan, this 31st day of January 2014.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                      S/Lisa Wagner
                                             By: Lisa Wagner, Case Manager
                                                to Judge Robert H. Cleland